UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10845-RGS

JEFFREY CLEMENS,

    Plaintiff

vs.

TOWN OF SCITUATE,
MICHAEL O'HARA
JOHN ROONEY,
SHELEY LAVERONI and
JERRY LAVERONI,

    Defendants

## DEFENDANTS MICHAEL O'HARA, TOWN OF SCITUATE, SHELLY LAVERONI AND JERRY LAVERONI'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(c)

Now come the Defendants and hereby move this Honorable Court to allow their Motion for Summary Judgment, as there are no disputed material facts and the Defendants are entitled to judgment as a matter of law pursuant to Fed.R.Civ.P. 56(c).

The Defendants have attached a Memorandum of Law in support of their Motion.

    Defendants.
    By his Attorney,

    /s/ Stephen C. Pfaff
    Douglas I. Louison   BBO# 545191
    Stephen C. Pfaff BBO# 553057
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## **CERTIFICATE OF SERVICE**

     I, Stephen C. Pfaff, hereby certify that on the 9th day of January, 2009, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to**:** Jeffrey Clemens, pro se plaintiff, 412 Dockway Drive, Huron, OH 44839.

                                          /s/Stephen C. Pfaff  
                                          Stephen C. Pfaff

.