# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JEFFREY CLEMENS**

    **V.**                                   **CIVIL ACTION NO. 07-10845-RGS**

**TOWN OF SCITUATE, MICHAEL O'HARA,
JOHN ROONEY, SHELLY LAVERONI and JERRY LAVERONI**

## JUDGMENT/ORDER OF DISMISSAL

**STEARNS, DJ.**                                                               **MAY 26, 2009**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ENTERED ON MAY 22, 2009,

IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED AS TO ALL FEDERAL CLAIMS IN FAVOR OF THE DEFENDANTS TOWN OF SCITUATE, MICHAEL O'HARA, JOHN ROONEY*, SHELLY LAVERONI, and JERRY LAVERONI.   DEFENDANTS RALPH SOZIO, INGERD SOTELO and GAVIN DE BECKER , INC. ARE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MAKE RETURNS OF SERVICE OF SUMMONSES AS REQUIRED BY FEDERAL RULES OF CIVIL PROCEDURE RULE 4(m).  THE COURT DECLINES TO EXERCISE JURISDICTION OVER THE NON-CONSTITUTIONAL ASPECTS OF THE PENDENT STATE LAW CLAIMS.

    SO ORDERED.

                                                    **RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE**

            **BY:**

                                              **/s/ Mary H. Johnson**
                                              _____
                                              **Deputy Clerk**

*Defendant John Rooney was dismissed by the Court from the case on October 8, 2007.