JEFFREY CLEMENS

     V.                             CIVIL ACTION NO. 07-10845-RGS

TOWN OF SCITUATE, MICHAEL O'HARA,
JOHN ROONEY, SHELLY LAVERONI and JERRY LAVERONI

# JUDGMENT/ORDER OF DISMISSAL

STEARNS, DJ.                                              MAY 26, 2009

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ENTERED ON MAY 22, 2009,

IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED AS TO ALL FEDERAL

CLAIMS IN FAVOR OF THE DEFENDANTS TOWN OF SCITUATE, MICHAEL O'HARA,

JOHN ROONEY*, SHELLY LAVERONI, and JERRY LAVERONI.   DEFENDANTS

RALPH SOZIO, INGERD SOTELO and GAVIN DE BECKER , INC. ARE DISMISSED FOR

FAILURE OF THE PLAINTIFF TO MAKE RETURNS OF SERVICE OF SUMMONSES AS

REQUIRED BY FEDERAL RULES OF CIVIL PROCEDURE RULE 4(m).  THE COURT

DECLINES TO EXERCISE JURISDICTION OVER THE NON-CONSTITUTIONAL ASPECTS

OF THE PENDENT STATE LAW CLAIMS.

SO ORDERED.

                                     RICHARD G. STEARNS
                                     UNITED STATES DISTRICT JUDGE

              BY:

                             /s/ Mary H. Johnson
                            _____
                              Deputy Clerk

*Defendant John Rooney was dismissed by the Court from the case on October 8, 2007.